UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
   DANIEL J SMEETS  
   SHERRY L SMEETS  

CASE NO. 04 B 44002

CHAPTER 13

JUDGE: BRUCE W BLACK

    Debtor  
SSN XXX-XX-5800   SSN XXX-XX-3826

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/30/04 and confirmed on 03/30/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 11360.00 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORT | CURRENT MORTG | .00 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 12197.54 | .00 | 2443.04 |
| BECKET & LEE LLP | UNSECURED | 6098.57 | .00 | 1221.48 |
| BECKET & LEE LLP | UNSECURED | 6872.72 | .00 | 1376.53 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 13258.04 | .00 | 2655.45 |
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 1028.23 | .00 | 205.94 |
| CORWIN MEDICAL CARE | UNSECURED | NOT FILED | .00 | .00 |
| CORWIN MEDICAL CARE | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 10104.96 | .00 | 2023.92 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4836.56 | .00 | 968.71 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |

    Summary of disbursements:

---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 54396.62 | .00 | 54396.62 |
| PRINCIPAL PAID | .00 | .00 | 10895.07 | .00 | 10895.07 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 10895.07 | .00 | 10895.07 |

The Debtor's attorney, ERIC G ZELAZNY & ASSOC    , was allowed $   .00 and was paid $   .00 .

The Trustee received $   464.93 .

Refunds to the Debtor totaled $   .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 07/18/08                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```